CRIST v. ROYAL

No. 376P88.

Case below: 90 N.C. App. 611.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 October 1988.

DRISCOLL v. U.S. LIABILITY INS. CO.

No. 387P88.

Case below: 90 N.C. App. 569.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 October 1988.

DUKE POWER CO. v. CITY OF MORGANTON

No. 386P88.

Case below: 90 N.C. App. 755.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 October 1988.

ELITE CONSTRUCTION CO. v. CENTRAL BUILDERS, INC.

No. 353P88.

Case below: 90 N.C. App. 611.

Petition by defendants and third-party defendants for discretionary review pursuant to G.S. 7A-31 denied 6 October 1988.

GRIFFIN ROOFING CO. v. GRIFFIN BLDRS., INC.

No. 315P88.

Case below: 90 N.C. App. 411.

Petition by defendants (Miller) for discretionary review pursuant to G.S. 7A-31 denied 6 October 1988.